```
Priority    ✓
Send        ✓
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

FILED
JUL 18 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO T., et al., ) | |
|    Plaintiffs, ) | CASE NO. CV 94-7652 MRP |
| v. ) | |
| ) | ORDER RE: PLAINTIFF-INTERVENORS CALIFORNIA ASSOCIATION OF CATHOLIC HOSPITALS ~~AND CATHOLIC HEALTH~~ ASSOCIATION OF ~~THE UNITED~~ STATES |
| GRAY DAVIS, Governor of the State of California; et al., ) | |
|    Defendants. ) | |

ENTERED ON ICMS
JUL 19 2001

Plaintiff-Intervenors California Association of Catholic Hospitals and Catholic Health Association of the ~~United States filed~~ their Supplemental Motion for Recovery of Attorneys' Fees and Post-Judgment Interest on June 25, 2001. They request a total of $90,010. The State Defendants have not opposed this Motion.

After considering the papers in support of and in opposition to the Motion, the arguments of counsel and the pleadings and papers on file, the Court GRANTS the plaintiff-intervenors California Association of Catholic Hospitals and Catholic Health Association of the United States' Motion and Supplemental Motion for Recovery of

1  Attorneys' Fees and Post-Judgment Interest. James M. Harris and
2  Robert A. Holland performed a total of 359.75 hours of work on
3  Catholic Hospitals' behalf in connection with the State's two appeals
4  in this action. The Court has used a standard 5% downward billing
5  adjustment on all billable hours and multiplied that amount by the 52-
6  week Treasury Bill yield from March 1998 to the present. See Court
7  Order, dated April 13, 2001. The total for the plaintiffs is
8  $102,295. The plaintiff-intervenors shall be awarded interest on this
9  judgment from the date of entry through the date of payment at the
10 rate of the 52-week Treasury Bill.
11     IT IS SO ORDERED.

DATED: July 17, 2001

_____
Hon. Mariana R. Pfaelzer
United States District Judge